IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | Case Number 18-mj-9015 (ARM) |
| v. | : | |
| | : | |
| ELVIS HERRERA-MARTINEZ | : | Honorable Anthony R. Mautone |
| | : | |
| Defendant. | : | |

## DECLARATION DOCUMENTING DISMISSAL OF CHARGES

AND NOW, this 17 day of July, 2018, it is hereby declared that Elvis Herrera-Martinez appeared in Magistrate Court at Joint Base McGuire-Dix-Lakehurst on July 12, 2018 and the charge of Simple Possession of Marijuana (under 30 grams) in violation of 21 U.S.C § 844, was dismissed.

HONORABLE ANTHONY R. MAUTONE
United States Magistrate Judge